# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMES ALLEN CHRISTIAN (AIS# 177126),** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION 16-0016-KD-N |
| | : | |
| **WALTER MYERS, *et al.*,** | : | |
| | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.

Accordingly, summary judgment is GRANTED in favor of Defendants Walter Myers, Ashley Kidd, and Jermaine Bullard, and all claims presented against these defendants are DISMISSED with prejudice.

DONE this 9th day of June 2017.

> s/ Kristi K. DuBose
> KRISTI K. DuBOSE
> CHIEF UNITED STATES DISTRICT JUDGE