# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES ALLEN CHRISTIAN, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 16-00016-KD-N |
| WALTER MYERS, *et al.*, | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection (doc. 32) is made, the Report and Recommendation of the Magistrate Judge (doc. 27) made under 28 U.S.C. § 636(b)(1)(B) and dated May 15, 2017, is ADOPTED as the opinion of this Court.

Accordingly, it is ORDERED that this action is DISMISSED with prejudice.[1]

DONE this 12th day of July 2017.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's motion to compel discovery is denied as moot (doc. 23).